UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

___

In Re: Antoinette R. Byrd                                                                 Case No: 16−15336−amc

　　　Debtor(s)

___

NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

For The Court

Dated: 6/11/18

Timothy B. McGrath
Clerk of Court

59
Form 206